ALBANY,
Feb. 1833.

Rosekrans
v.
McIntire.

UNITED STATES BANK *vs.* CHAPIN and another.

A bank which by law is limited to *six per cent.* interest upon all discounts, is entitled to recover at the rate of seven per cent. per annum from the time that the debt becomes due.

A MOTION was made to set aside the assessment of dama- *February 21.* ges by the clerk on two promissory notes, on the ground that the interest had been computed at the rate of *seven* per cent. per annum, which it was insisted the bank was not entitled to recover, as by its charter it was limited to *six* per cent. per annum upon all loans or discounts. The motion was denied, the court holding that the clause in the charter of the bank limiting the rate of interest to *six* per cent., referred only to discounts in the ordinary course of business ; that the contract with the bank having been broken, the defendant was liable to pay the rate of interest fixed by the *lex loci,* from the time that the debt became due.

---

ROSEKRANS *vs.* McINTYRE.

Expenses incurred by a party, in proceedings to procure attachments against his witnesses, are not taxable in the general costs against his adversary.

MOTION for retaxation of costs. The plaintiff taxed in his *February 21.* general bill of costs $26 expenses, incurred in proceedings by him to procure attachments against his witnesses for their non-attendance at the circuit. The defendant moved for a retaxation. The motion was granted, the court holding that such expenses incurred by the plaintiff were not taxable against the defendant ; that the remedy of the plaintiff was against his witnesses.